IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| v. | : | CRIMINAL NO. 17-202-2 |
| MONTANEZ ADAMS<br>a/k/a "Martez Adams,"<br>a/k/a "Montez Adams" | :<br><br>: | |

## ORDER

AND NOW this 11th day of April, 2018, upon motion of the United States of America requesting that Counts Four and Five of the superseding indictment in the above-captioned case be dismissed as to defendant Montanez Adams, and with no objection thereto, the Court having imposed sentence on Counts One through Three of the superseding indictment, it is hereby

## ORDERED

that Counts Four and Five of the superseding indictment in the above-captioned matter are dismissed as to defendant Montanez Adams without prejudice.

BY THE COURT:

_____
HONORABLE C. DARNELL JONES
*United States District Judge*
*Eastern District of Pennsylvania*